tion by Louis Kiesewetter against William V. Hilliard. No opinion. Order affirmed, with $10 costs and disbursements.

KIMBALL, Appellant, v. DYETT, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Charles C. Kimball against James H. Dyett. No opinion. Judgment and order affirmed, without costs.

KINGSBURY, Appellant, v. BURDICK, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Albert J. Kingsbury against Joel W. Burdick. J. T. Delaney, for appellant. J. S. Darcy, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re KINGS COUNTY TRUST COMPANY. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) In the matter of the Kings County Trust Company, as administrator, etc., of Charles S. Fowler, deceased. No opinion. Reargument ordered, and case set down for Friday, June 6, 1913. See, also, 78 Misc. Rep. 245, 139 N. Y. Supp. 454.

KINNEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by John W. Kinney against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 148 App. Div. 900, 132 N. Y. Supp. 1134.
KRUSE, P. J., dissents. LAMBERT, J., not sitting.

KLEBOLD PRESS v. BREMIN CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by the Klebold Press against the Bremin Company. No opinion. Application denied, with $10 costs. Order signed.

KLEE, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Joseph W. Klee against the City of Troy. No opinion. Judgment and order unanimously affirmed, with costs.

KLINE BROS. & CO., Appellant, v. COLONIAL ASSUR. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Kline Bros. & Co. against the Colonial Assurance Company. With this case has been consolidated in this court cases bearing titles as follows. Kline Bros. & Co. v. Factors' Fire Ins. Co. Same v. Rimouski Fire Ins. Co. Same v. New York Fire Ins. Co. Julius Marqusee v. Roger Williams Fire & Marine Ins. Co. F. M. Czaki, of New York City, for appellant. A. C. Mandel, for respondent. No opinions. Judgments and orders affirmed, with costs. Orders filed. See, also, 155 App. Div. 896, 140 N. Y. S. 1126.

In re KNAPP. (Supreme Court, Appellate Division, First Department. June 6, 1913.) In the matter of Mark I. Knapp. No opinion. Application denied. Settle order on notice. Memorandum per curiam.

KNERER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by John Knerer against the Brooklyn Heights Railroad Company. No opinion. Judgment and order of the County Court of Queens county unanimously affirmed, with costs.

KNIGHT, Respondent, v. ROTHSCHILD, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Robert A. Knight, as assignee, against Simon Rothschild, as surviving partner, etc. B. F. Einstein, of New York City, for appellant. Omri F. Hibbard, of New York City, for respondent. No opinion. Judgment affirmed, with costs, on 132 App. Div. 274, 117 N. Y. Supp. 26. Order filed.

KOLLIS, Respondent, v. BUFFALO UNION TERMINAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) Action by Jula Kollis, as administrator, etc., against the Buffalo Union Terminal Railway Company.
PER CURIAM. Order modified, by striking therefrom the provisions respecting the production of records and photographs, and, as so modified, affirmed, without costs of this appeal to either party. Held, that the provision of the order respecting the production of paper is too general.

KRAUS et al., Respondents, v. FOX, Appellant. (three cases.) (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by George J. Kraus and others against William Fox. G. A. Rogers, of New York City, for appellant. H. A. Friedman, of New York City, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

KROLL, Appellant, v. ASSOCIATED OPERATING CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Frederick Kroll against the Associated Operating Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements, and appeal from judgment dismissed, without costs, on the authority of Jones v. Sabin, 122 App. Div. 666, 107 N. Y. Supp. 508, and Banes v. Rainey, 130 App. Div. 465, 114 N. Y. Supp. 986.

KRONIG et al. v. ZEMAN. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Samuel Kronig and another against Victor B. Zeman. No opinion. Motion denied, with $10 costs. Order filed.